**Motion Granted; Order filed September 12, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00701-CV
_____

**NATHANIEL JONES, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, ET AL, Appellee**

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2013-25627

## ORDER

This appeal is from an order signed July 10, 2013. Appellant filed a notice of appeal on July 25, 2013. Appellant filed a motion to proceed in forma pauper's and an affidavit of indigency on August 30, 2013. *See* Tex. R. App. P. 20.1.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." *See* Tex. R. App. P. 20.1(f).

Accordingly, the Harris County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order. The court reporter is directed to file the reporter's record, if any **within 30 days** of the date of this order.

PER CURIAM